1  BENJAMIN B. WAGNER
2  United States Attorney
   DONNA L. CALVERT
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  DANIEL P. TALBERT
5  Special Assistant United States Attorney
           333 Market Street, Suite 1500
6          San Francisco, California 94105
7          Telephone:  (415) 977-8926
           Facsimile:  (415) 744-0134
8          E-Mail: Daniel.Talbert@ssa.gov
9  Attorneys for Defendant

10                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF CALIFORNIA
11                         SACRAMENTO DIVISION
12
   TERRANCE T. CIESZKI,              )   Case No. 1:11-cv-00465-BAM
13        Plaintiff,                 )
   v.                                )   STIPULATION AND ORDER FOR
14                                   )   A FIRST EXTENSION OF 30 DAYS FOR
                                     )   DEFENDANT TO FILE HIS OPPOSITION
15                                   )   TO PLAINTIFF'S OPENING BRIEF
   MICHAEL J. ASTRUE,                )
16 Commissioner of Social Security,  )
          Defendant.                 )
17 _____ )
18

19     IT IS HEREBY STIPULATED, by and between the parties, through their respective
20 counsel of record, that Defendant shall have a first extension of time of 30 days to file his
21 Opposition to Plaintiff's Opening Brief.  The undersigned counsel are attempting to determine
22 whether this case can be settled, and counsel for Defendant requires additional time to
23 communicate with his client regarding possible settlement.  In addition, the undersigned counsel
24 for Defendant was reassigned several cases from other attorneys in his office last week, and has
25 pleadings due in two cases before the Equal Employment Opportunity Commission in the next
26 several days, a deposition scheduled for next week in Tucson, Arizona, in a third EEOC case, an
27 oral argument before the Ninth Circuit on November 7, and has been summoned for jury duty next
28 week.  Thus, counsel for Defendant requires an additional 30 days to consider fully and properly

any possible settlement or in the alternative to brief the case.  The current due date for Defendant's Opposition is October 31, 2011; the new due date will be November 30, 2011. Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by this extension.

    Respectfully submitted October 27, 2011.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 27, 2011 | /s/ Shanny Lee |
|  | (As authorized via email) |
|  | SHANNY LEE |
|  | Attorney for Plaintiff |
|  |  |
|  | BENJAMIN B. WAGNER |
|  | United States Attorney |
| Date: October 27, 2011 | By s/ Daniel P. Talbert |
|  | DANIEL P. TALBERT |
|  | Special Assistant U. S. Attorney |
|  |  |
|  | Attorneys for Defendant Michael J. Astrue |

## ORDER

IT IS SO ORDERED.

| Dated: October 28, 2011 | /s/ Barbara A. McAuliffe |
|---|---|
|  | UNITED STATES MAGISTRATE JUDGE |

Stip. & Prop. Order for Extension       2