BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| TERRANCE T. CIESZKI, ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br>     Defendant. ) <br> _____) | Case No. 1:11-cv-00465-BAM <br><br> STIPULATION AND ORDER FOR <br> A FIRST EXTENSION OF 30 DAYS FOR <br> DEFENDANT TO FILE HIS OPPOSITION <br> TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to file his Opposition to Plaintiff's Opening Brief. The undersigned counsel are attempting to determine whether this case can be settled, and counsel for Defendant requires additional time to communicate with his client regarding possible settlement. In addition, the undersigned counsel for Defendant was reassigned several cases from other attorneys in his office last week, and has pleadings due in two cases before the Equal Employment Opportunity Commission in the next several days, a deposition scheduled for next week in Tucson, Arizona, in a third EEOC case, an oral argument before the Ninth Circuit on November 7, and has been summoned for jury duty next week. Thus, counsel for Defendant requires an additional 30 days to consider fully and properly

Stip. & Prop. Order for Extension          1

any possible settlement or in the alternative to brief the case.  The current due date for Defendant's Opposition is October 31, 2011; the new due date will be November 30, 2011. Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by this extension.

        Respectfully submitted October 27, 2011.

Respectfully submitted,

Dated: October 27, 2011        /s/ Shanny Lee
        (As authorized via email)
        SHANNY LEE
        Attorney for Plaintiff


        BENJAMIN B. WAGNER
        United States Attorney

Date: October 27, 2011        By s/ Daniel P. Talbert
        DANIEL P. TALBERT
        Special Assistant U. S. Attorney

        Attorneys for Defendant Michael J. Astrue


## ORDER

IT IS SO ORDERED.

Dated:   October 28, 2011        /s/ Barbara A. McAuliffe
        UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Extension        2