BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| TERRANCE T. CIESZKI, ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br>     Defendant. ) <br> _____ ) | Case No. 1:11-cv-00465-BAM <br><br> STIPULATION AND ORDER FOR REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    Plaintiff will be given an opportunity for another hearing and an opportunity to submit additional evidence. Upon remand, the Appeals Council will direct the administrative law judge (ALJ) to further consider Plaintiff's mental impairments, including whether they are severe and, whether severe or not, what effect, if any, they have on his residual functional capacity. The Appeals Council will direct the ALJ also to consider the opinions of treating and examining sources; and assess Plaintiff's residual functional capacity.

Stip. & Prop. Order for Extension                  1

The parties stipulate that no specific aspect of the ALJ's prior decision is affirmed.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner. Nothing in this proposed order shall be taken to affect Plaintiff's right to request Equal Access to Justice Act (EAJA) attorney's fees under 28 U.S.C. § 2412, or costs under 28 U.S.C. § 1920, or to prevent Defendant from opposing any such requests.

Respectfully submitted November 4, 2011.

Respectfully submitted,

Dated: November 4, 2011              /s/ Shanny Lee
                                     (As authorized via email)
                                     SHANNY LEE
                                     Attorney for Plaintiff


                                     BENJAMIN B. WAGNER
                                     United States Attorney

Date: November 4, 2011               By /s/ Daniel P. Talbert
                                     DANIEL P. TALBERT
                                     Special Assistant U. S. Attorney

                                     Attorneys for Defendant Michael J. Astrue


## ORDER

APPROVED AND SO ORDERED.


Dated:   November 7, 2011            /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Extension              2