1  BENJAMIN B. WAGNER
2  United States Attorney
   DONNA L. CALVERT
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  DANIEL P. TALBERT
5  Special Assistant United States Attorney
          333 Market Street, Suite 1500
6         San Francisco, California 94105
7         Telephone:  (415) 977-8926
          Facsimile:  (415) 744-0134
8         E-Mail: Daniel.Talbert@ssa.gov
9  Attorneys for Defendant

10                     UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF CALIFORNIA
11                          SACRAMENTO DIVISION
12

13 | TERRANCE T. CIESZKI,           ) | Case No. 1:11-cv-00465-BAM
        Plaintiff,                  )
14 | v.                             ) | STIPULATION AND ORDER FOR
                                    ) | REMAND FOR FURTHER PROCEEDINGS
15 |                                ) | PURSUANT TO SENTENCE FOUR OF
   | MICHAEL J. ASTRUE,             ) | 42 U.S.C. § 405(g), AND FOR ENTRY OF
16 | Commissioner of Social Security,) | JUDGMENT IN FAVOR OF PLAINTIFF
        Defendant.                  ) | AND AGAINST DEFENDANT
17                                  )
   |_____)
18

19     IT IS HEREBY STIPULATED, by and between the parties, through their respective
20 counsel of record, that this action be remanded to the Commissioner of Social Security for further
21 administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C.
22 § 405(g), sentence four.
23     Plaintiff will be given an opportunity for another hearing and an opportunity to submit
24 additional evidence.  Upon remand, the Appeals Council will direct the administrative law judge
25 (ALJ) to further consider Plaintiff's mental impairments, including whether they are severe and,
26 whether severe or not, what effect, if any, they have on his residual functional capacity.  The
27 Appeals Council will direct the ALJ also to consider the opinions of treating and examining
28 sources; and assess Plaintiff's residual functional capacity.

Stip. & Prop. Order for Extension            1

The parties stipulate that no specific aspect of the ALJ's prior decision is affirmed.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.  Nothing in this proposed order shall be taken to affect Plaintiff's right to request Equal Access to Justice Act (EAJA) attorney's fees under 28 U.S.C. § 2412, or costs under 28 U.S.C. § 1920, or to prevent Defendant from opposing any such requests.

Respectfully submitted November 4, 2011.

Respectfully submitted,

Dated: November 4, 2011            */s/ Shanny Lee*
                                   (As authorized via email)
                                   SHANNY LEE
                                   Attorney for Plaintiff


                                   BENJAMIN B. WAGNER
                                   United States Attorney

Date: November 4, 2011             By *s/ Daniel P. Talbert*
                                   DANIEL P. TALBERT
                                   Special Assistant U. S. Attorney

                                   Attorneys for Defendant Michael J. Astrue


ORDER

APPROVED AND SO ORDERED.


Dated:   November 7, 2011              /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Extension            2