1
2   United States Attorney
    DONNA L. CALVERT
3   Acting Regional Chief Counsel, Region IX
    Social Security Administration
4   DANIEL P. TALBERT
5   Special Assistant United States Attorney
        333 Market Street, Suite 1500
6       San Francisco, California 94105
7       Telephone: (415) 977-8926
        Facsimile: (415) 744-0134
8       E-Mail: Daniel.Talbert@ssa.gov
9
    Attorneys for Defendant
10                              UNITED STATES DISTRICT COURT
                                EASTERN DISTRICT OF CALIFORNIA
11                                    FRESNO DIVISION
12
    TERRANCE T. CIESZKI,              )     Case No. 1:11-cv-00465-BAM
13          Plaintiff,                )
                                      )
14  v.                               )     STIPULATION AND ORDER FOR
                                      )     THE AWARD OF ATTORNEY FEES PURSUANT
15                                    )     TO THE EQUAL ACCESS TO JUSTICE ACT,
    MICHAEL J. ASTRUE,                )     28 U.S.C. § 2412(d), AND COSTS PURSUANT
16  Commissioner of Social Security, )     TO 28 U.S.C. § 1920
17          Defendant.                )
                                      )
    _____ )
18

19          IT IS HEREBY STIPULATED by and between the parties through their undersigned

20  counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

21  EAJA in the amount of FOUR THOUSAND SEVEN HUNDRED dollars and 0 cents ($4,700.00)

22  and costs in the amount of THREE HUNDRED FIFTY dollars and 0 cents ($350.00).  This

23  amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by

24  counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920 and 2412.

25          After the Court issues an order for EAJA fees and expenses to Plaintiff, the government

26  will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's

27  attorney.  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the assignment

28  will depend on whether the fees and expenses are subject to any offset allowed under the United

                                             1

1  States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses

2  is entered, the government will determine whether they are subject to any offset.

3       Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury

4  determines that Plaintiff does not owe a federal debt, then the government shall cause the payment

5  of fees, expenses and costs to be made directly to Shanny Lee, pursuant to the assignment

6  executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

7       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

8  attorney fees and expenses, and does not constitute an admission of liability on the part of

9  Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release

10  from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to

11  EAJA attorney fees and expenses in connection with this action.

12       This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

13  Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

14       Respectfully submitted November 29, 2011.

15

16                                        Respectfully submitted,

17  Dated: November 29, 2011              /s/ Shanny Lee
18                                        (As authorized via email)
                                          SHANNY LEE
19                                        Attorney for Plaintiff

20

21                                        BENJAMIN B. WAGNER
                                          United States Attorney
22

23  Date: November 29, 2011          By  s/ Daniel P. Talbert
                                          DANIEL P. TALBERT
24                                        Special Assistant U. S. Attorney

25                                        Attorneys for Defendant Michael J. Astrue

26

27

28

                                        2

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of FIVE THOUSAND, FIVE-HUNDRED AND FIFTY DOLLARS AND ZERO CENTS (5,050.00), as authorized by 28 U.S.C. 2412(d) and 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.


IT IS SO ORDERED.

**Dated:** ___**November 30, 2011**___          _____/s/ **Barbara A. McAuliffe**_____
                                           UNITED STATES MAGISTRATE JUDGE

3